AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| United States of America | ) |
| v. | ) Case No. 3:22CR003-MJN |
| GABRIEL IRWIN JOHNSON (2) | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* GABRIEL IRWIN JOHNSON,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

COUNT 1: Conspiracy to make a false statement during the purchase of a firearm, in violation of 18 U.S.C. § 371.

Date: January 28, 2022

s/Michael J. Newman
*Issuing officer's signature*

City and state: DAYTON, OHIO

JUDGE MICHAEL J. NEWMAN, U.S. DISTRICT COURT
*Printed name and title*

---

**Return**

This warrant was received on *(date)* Feb 1st 2022, and the person was arrested on *(date)* Feb 1st 2022
at *(city and state)* Greene County ADC.

Date: 2-1-2022

*Arresting officer's signature*

D. Derksen 184 Corrections ofc
*Printed name and title*