UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GABRIEL IRWIN JOHNSON,

    Defendant.

Case No. 3:22-cr-3-MJN-2

District Judge Michael J. Newman
Magistrate Judge Caroline H. Gentry

---

### ORDER ADOPTING IN FULL THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 32)

---

This criminal case is before the Court on the Report and Recommendation of the Magistrate Judge, recommending that the Court accept Defendant's guilty plea.  Doc. No. 32.  There being no objections, the Court **ADOPTS** the Report and Recommendation in full.  The Court accepts Defendant's plea of guilty as charged in count one of the Indictment, which charges him with Conspiracy to make a false statement during the purchase of a firearm, in violation of Title 18 U.S.C. § 371.  Doc. No. 3.  The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing on **September 27, 2022, at 2:30 PM**.

    IT IS SO ORDERED.

  May 6, 2022                                                   s/ Michael J. Newman
                                                                         Hon. Michael J. Newman
                                                                         United States District Judge