UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GABRIEL IRWIN JOHNSON,

    Defendant.

Case No. 3:22-cr-3

District Judge Michael J. Newman

**ORDER DENYING DEFENDANT'S TWO *PRO SE* MOTIONS FOR JAIL TIME CREDIT (Doc. Nos. 54, 56) FOR LACK OF JURISDICTION**

    Defendant is presently in the custody of the United States Bureau of Prisons ("BOP") pursuant to the sentence and judgment docketed on December 13, 2022.  Doc. No. 51.  This case is pending upon Defendant's *pro se* motions for jail time credit.  Doc. Nos. 54, 56.  Recognizing that the BOP calculates jail time credit and "the power to grant credit for time served lies solely with the [United States] Attorney General and the Bureau of Prisons [BOP]," *United States v. Crozier*, 259 F.3d 503, 520 (6th Cir. 2001), the Court **DENIES** Defendant's motions for jail time credit for lack of jurisdiction.

    **IT IS SO ORDERED.**

November 18, 2024                              s/*Michael J. Newman*
                                              Hon. Michael J. Newman
                                              United States District Judge